

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

04-24-00519-CV

**IN RE** Sadie **MORANTE AND O'REILLY AUTO ENTERPRISES, LLC**, Relators

Original Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice[2]
Luz Elena D. Chapa, Justice
Beth Watkins, Justice

Delivered and Filed: September 25, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

On August 6, 2024, relators filed a petition for a writ of mandamus and an emergency motion for temporary relief.

This court has determined the relators are not entitled to the relief sought. Therefore, the petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2022-CI-23752, in the 288th Judicial District Court, Bexar County, Texas, the Honorable Monique Diaz presiding.
[2] Chief Justice Rebeca C. Martinez dissents to the denial of the petition without requesting a response.